UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

                Plaintiff,

- against –

TWO HUNDRED SEVENTY-TWO
THOUSAND DOLLARS AND NO
CENTS ($272,000), MORE OR LESS,
IN UNITED STATES CURRENCY
SEIZED FROM RESIDENCE OF
YUAHUA ZHU AT 14 WIMBLEDON
COURT, JERICHO, NEW YORK,
ON OR ABOUT JUNE 6, 2016, AND
ALL PROCEEDS TRACEABLE
THERETO,

            Defendants in rem.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SUMMONS AND WARRANT OF
ARREST FOR ARTICLES IN REM

Civil Action No.
CV-16-6564
(Donnelly, J.)

To:    THE DRUG ENFORCEMENT ADMINISTRATION AND ANY OTHER
        DULYAUTHORIZED LAW ENFORCEMENT OFFICER:

        WHEREAS, a Verified Complaint In Rem was filed on November 23, 2016, in the United States District Court for the Eastern District of New York, alleging that the above-captioned currency (the "Defendant Funds") is subject to seizure and forfeiture to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6); and

        WHEREAS, the Court being satisfied that, based on the Verified Complaint In Rem, there is probable cause to believe that the Defendant Funds are subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6), and that

grounds for issuance of a Summons and Warrant of Arrest for Articles In <u>Rem</u> exist pursuant to Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

YOU ARE THEREFORE HEREBY COMMANDED to maintain custody of the Defendant Funds until further order of the Court respecting the same. The United States Marshals Service ("USMS") and the Drug Enforcement Administration ("DEA"), their authorized agents, duly designated representatives and/or contractors, shall use their discretion and whatever means appropriate to protect and maintain the Defendant Funds; and

IT IS FURTHER ORDERED that the United States Attorney's Office ("USAO"), the USMS and/or the DEA, or their authorized agents, representatives and/or contractors shall serve upon all potential claimants to the Defendant Funds a copy of this Warrant and the Verified Complaint In <u>Rem</u> in a manner consistent with the principles of service of process of an action in <u>rem</u> under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil Procedure, and publish notice of the action on the government website, <u>www.forfeiture.gov</u>, in the Eastern District of New York, pursuant to Supplemental Rule G(4); and

IT IS FURTHER ORDERED that a return of this Warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed; and

IT IS FURTHER ORDERED that all persons claiming an interest in the Defendant Funds shall file their verified claim and statement of interest under penalty of perjury within thirty-five (35) days after service of the Verified Complaint or, as applicable,

no later than 30 days after the final date of publication of notice of the filing of the Verified Complaint, whichever is earlier, or within such additional time as the Court may allow, pursuant to 18 U.S.C. S 983(a)(4) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In addition, any person having filed such a claim or statement of interest must also file an answer to the complaint no later than 21 days after the filing of the statement. All claims and answers must be filed with the Clerk of the Court, United States District Court for the Eastern District of New York, Long Island Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722, with a copy thereof sent to Asset Forfeiture Paralegal Brian Gappa, United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, Central Islip, New York 11722.

Dated: Central Islip, New York
      November __, 2016

                                          _____
                                          HON. ANN M. DONNELLY
                                          UNITED STATES DISTRICT JUDGE